Jose Armando DOMINGUEZ–GARCIA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–71197.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2013.*

Filed Aug. 20, 2013.

John E. Ricci, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Anna Nelson, OIL, Jane Tracey Schaffner, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Armando Dominguez–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir.2003), and deny the petition for review.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion in denying Petitioner's motion to reopen on the ground that he failed to establish prima facie eligibility for cancellation of removal. *See id.* at 785 (prima facie eligibility is demonstrated by showing a reasonable likelihood that the statutory requirements for relief have been satisfied); 8 U.S.C. § 1229b(b)(1)(B). The immigration judge found Petitioner lacked good moral character in its underlying decision, and he did not challenge that finding either in his initial appeal to the BIA or in his later motion to reopen.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.